AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
| v. | ) | Case No. 2:24-mj-00972-NJK |
| RUBEN ORTIZ MUNOZ | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 3C |
| | | Date and Time: | December 6, 2024, at 2:30 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: December 4, 2024

_____
*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*

x  FILED          ____ RECEIVED
____ ENTERED     ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

DEC 04, 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY